AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 JUL 31 PM 4:53
CLERK ... MINNEAPOLIS ...

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-273 (1) DSD**

Christopher Arnell Yancy

0641-0727-1257-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Christopher Arnell Yancy

and bring him or her forthwith to the nearest Magistrate Judge to answer an Indictment charging him or her with:

Violation of Supervised Release

Ordered by: David S. Doty, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

July 26, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: ____________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 7-26-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY

SCANNED
AUG 01 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04