**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# SUPERVISED RELEASE REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

CHRISTOPHER ARNELL YANCY,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: DONOVAN W. FRANK
U.S. Judge

Case No: 02-273(01)(DSD/SRN)
Date: June 7, 2007
Court Reporter: Jeanne Anderson
Tape Number:
Time Commenced: 2:50
Time Concluded: 3:00
Time in Court: Hours & 10 Minutes

**DEFENDANT ALSO SENTENCED IN CR. 06-247(01)(DWF/FLN) TO 103 MONTHS WITH BUREAU OF PRISONS. THE SENTENCE FOR THE SUPERVISED RELEASE VIOLATION IS TO BE SERVED CONSECUTIVELY.**

APPEARANCES:

Plaintiff: ERIKA MOZANGUE, Assistant U.S. Attorney
Defendant: LYONEL NORRIS ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

PROCEEDINGS:

☐ **Initial Appearance - Revocation Proceedings.**
☐ **Revocation of Probation - Final Hearing.**
☒ **Supervised Release Violation - Final Hearing.**
☐ Hearing on Report on Defendant Under Supervision (Filing No. )
☐ Preliminary Examination ☐ Waived ☐ Detention Hearing ☐ Waived
☐ Federal Public Defender appointed to represent the defendant.
☐ Government's motion for Detention ☐ Granted ☐ Denied.
☒ Defendant admits allegations. ☐ Defendant denies allegations.

ORDERED:

☐ COURT TO UNSEAL PETITION/REPORT (Filing No. )
☐ Defendant released on same terms and conditions of supervised release.
☐ Detention Hearing scheduled for.
☒ Defendant remanded to custody of the U.S. Marshal.
☐ Violation of Supervised Release Hearing set for before Judge.
☒ **Defendant sentenced to 21 months with Bureau of Prisons. No Supervised Release Term to follow prison term.**
☐ Report on Offender Under Supervision is granted or denied.
☐ Probation continued for a term of.
☐ Supervised Release continued
☐ Defendant, as an added condition of supervision, is sentenced to:

s/Lowell Lindquist
Deputy Clerk

M:\templates\Revocation.wpt Template Updated 6/17/05